BEFORE:  JOAN M. AZRACK  DATE:  12/5/2017
UNITED STATES DISTRICT JUDGE  TIME:   2:00 PM (15 Mins.)

# CRIMINAL CAUSE FOR STATUS CONFERENCE/ARRAIGNMENT

**DOCKET NO.  16-CR-540 (JMA) USA v. Mangano et al.**

**DEFENDANT: Edward Mangano     DEF. #: 1**
☒ Present ☐ Not present ☐ Custody ☒ Bail
**DEFENSE COUNSEL: Kevin Keating**
☐ Federal Defender ☐ CJA ☒ Retained

**DEFENDANT: Linda Mangano     DEF. #: 2**
☒ Present ☐ Not present ☐ Custody ☒ Bail
**DEFENSE COUNSEL: Kevin Keating on behalf of John Carman**
☐ Federal Defender ☐ CJA ☒ Retained

**DEFENDANT: John Venditto     DEF. #: 3**
☒ Present ☐ Not present ☐ Custody ☒ Bail
**DEFENSE COUNSEL: Marc Agnifilo, Joshua Kirshner**
☐ Federal Defender ☐ CJA ☒ Retained

**AUSA: Catherine Mirabile, Lara Gatz, Raymond Tierney**

COURT REPORTER:  Fred Guerino          COURTROOM DEPUTY: LMP

☒ Case Called.     ☒ Counsel present for all sides.
☒ Initial Appearance and Arraignment held on Superseding Indictment.
☒ Defendants waive public reading of the Superceding Indictment and enter a plea of not guilty.
☐ Waiver of speedy trial executed; time excluded from _ through _.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
   ☐ Detention hearing scheduled for _.
☐ Bail hearing held.  Disposition:
☐ Next court appearance scheduled on __.

Defendant     ☐ Released on Bond     ☐ Remains in Custody.

OTHER:  [94] Motion to continue trial is GRANTED.  The jury selection and trial is adjourned to 3/12/2018 at 9:30 AM.  This is a FIRM trial date.  Any motion on the superseding indictment must be made by 1/5/2018; response due 1/17/2018; reply due 1/24/2018.  Bail conditions continued.

FILED
CLERK
12/5/2017 4:36 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE