

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM
F. #2015R01489

*610 Federal Plaza*
*Central Islip, New York 11722*

January 12, 2018

<u>By FedEx and ECF</u>

Kevin James Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road
Garden City, NY 11530

      Re:   <u>United States v. Edward Mangano</u>
            <u>Criminal Docket No. 16-540 (JMA)</u>

Dear Mr. Keating:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Enclosed herein are 3 CDs containing documents Bates stamped HS-SW (Emails) 1 – 85986. Several of these documents contain sensitive information that is subject to the signed Protective Order and, to the extent that dates of birth, social security numbers, bank account numbers and/or other confidential information was not redacted, please be advised that such information is privileged and subject to the Protective Order. Also enclosed is an Index of the discovery. The Index is not being filed electronically. The CDs have been encrypted and password protected. The password has been provided to counsel by email.

      Please be advised that the emails to/from/cc'ing employees of the Town of Oyster Bay, and attachments thereto, are, largely, duplicative of documents previously produced in the Government's May 2017 discovery production.

      You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time. This disclosure supplements the government's prior disclosures of November 16, 2016, December 5, 2016, January 12, 2017, March 30, 2017, May 2, 2017, May 24, 2017 and December 1, 2017. The government also requests reciprocal discovery from the defendant.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

By:   /s/ Catherine M. Mirabile
      Catherine M. Mirabile
      Lara Treinis Gatz
      Raymond A. Tierney
      Assistant U.S. Attorneys

Enclosures

cc:    Clerk of the Court (JMA) (by ECF) (without enclosures)