

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LTG

*610 Federal Plaza*
*Central Islip, New York 11722*

January 19, 2018

By ECF

The Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
924 Federal Plaza
Central Islip, NY 11722

Re:    United States v. Ed Mangano, et al.
       Criminal Docket No. 16-540 (S-1)(JMA)

Dear Judge Azrack:

       I write in response to defendant Mangano's letter of earlier today in which he seeks unredacted calendar entries of a government witness, which was produced to the defense on March 30, 2017.

       At the outset, the Court should know that on January 17, 2018, the parties had a conference call, initiated by the government, to discuss discovery matters. During that call, Mr. Keating did not raise the issue of the redacted calendar, nor did he do so before filing the letter. In any event, the government has reached out the Mr. Keating and expects that this matter will be resolved without Court intervention.

       Respectfully submitted,

       RICHARD P. DONOGHUE
       United States Attorney

By:   _____/s/_____
       Lara Treinis Gatz
       Assistant U.S. Attorney
       (631) 715-7913

cc.    Counsel of Record