| KEVIN J. KEATING<br>———<br>Of Counsel<br>Stefani Goldin, Esq.<br><br>Paralegal<br>Laura O'Neil | **KEVIN J. KEATING**<br>ATTORNEY AT LAW<br>666 OLD COUNTRY ROAD<br>SUITE 501<br>GARDEN CITY, NEW YORK 11530-2004<br>(516) 222-1099<br>Fax: (516) 683-8410<br>———<br>www.kevinkeatinglaw.com | MANHATTAN OFFICE:<br>1140 AVENUE OF THE AMERICAS<br>9TH FLOOR<br>NEW YORK, N.Y. 10036<br>(BY APPT. ONLY) |
|---|---|---|

January 25, 2018

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    <u>United States v. Mangano</u>
             Ind: 16-CR-540

Dear Judge Azrack:

    As you are aware, I am attorney for Mr. Mangano who since his initial arraignment in this matter has been at liberty on bail conditions which include customary travel restrictions.

    I write to respectfully request a temporary modification of these conditions so as to allow Mr. Mangano to travel to Georgia tomorrow for an employment opportunity, and return to New York the following day.

    I have conferred with AUSA Lara Gatz who offers her consent to this application.

    Thank you for your consideration.

Very truly yours,

KEVIN J. KEATING

KJK/lo

cc:    AUSA Lara Gatz
        Donna Mackey