

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM
F. #2015R01489

*610 Federal Plaza*
*Central Islip, New York 11722*

January 22, 2018

<u>By FedEx and ECF</u>

Kevin James Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road
Garden City, NY 11530

        Re:    <u>United States v. Edward Mangano</u>
                <u>Criminal Docket No. 16-540 (S-1) (JMA)</u>

Dear Mr. Keating:

        In response to your January 19, 2018 request for unredacted calendar entries of a government witness, enclosed please find documents Bates stamped HS-CAL 4-282. Please be advised that, consistent with your agreement, the remaining limited redactions pertain to doctors' appointments. Please be further advised that the Bates numbering for the unredacted calendar entries mirror the Bates numbers for the redacted versions, which were produced to the defense on March 30, 2017.

        This disclosure supplements the government's prior disclosures of November 16, 2016, December 5, 2016, January 12, 2017, March 30, 2017, May 2, 2017, May 24, 2017, December 1, 2017 and January 12, 2018. The government also requests reciprocal discovery from the defendant.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE<br>
United States Attorney

By:   /s/ Catherine M. Mirabile<br>
      Catherine M. Mirabile<br>
      Lara Treinis Gatz<br>
      Raymond A. Tierney<br>
      Assistant U.S. Attorneys

Enclosures

cc:    Clerk of the Court (JMA) (by ECF) (without enclosures)