

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM
F. #2015R01489

*610 Federal Plaza*
*Central Islip, New York 11722*

January 31, 2018

<u>By FedEx and ECF</u>

Kevin James Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road
Garden City, NY 11530

   Re: <u>United States v. Edward Mangano</u>
     <u>Criminal Docket No. 16-540 (S-1)(JMA)</u>

Dear Mr. Keating:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Enclosed herein is 1 CD Bates stamped Caterware 1. Several of these items on the CD may contain sensitive information that is subject to the signed Protective Order and, to the extent that dates of birth, social security numbers, bank account numbers and/or other confidential information was not redacted, please be advised that such information is privileged and subject to the Protective Order. Also enclosed is an Index of the discovery. The Index is not being filed electronically.

  You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time. This disclosure supplements the government's prior disclosures of November 16, 2016, December 5, 2016, January 12, 2017, March 30, 2017, May 2, 2017, May 24, 2017, December 1, 2017, January 12, 2018, January 22, 2018 and January 30, 2018. The government also requests reciprocal discovery from the defendant.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Catherine M. Mirabile
      Catherine M. Mirabile
      Lara Treinis Gatz
      Raymond A. Tierney
      Assistant U.S. Attorneys

Enclosures

cc:   Clerk of the Court (JMA) (by ECF) (without enclosures)