

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM
F. #2015R02148

*610 Federal Plaza*
*Central Islip, New York 11722*

February 2, 2018

By FedEx and ECF

Kevin James Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road
Garden City, NY 11530

      Re:    United States v. Edward Mangano
                Criminal Docket No. 16-540 (S-1)(JMA)

Dear Mr. Keating:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Enclosed herein is a 32GB flash drive containing documents Bates stamped AT&T_EM 1 through AT&T_EM 2750, BR 12438 through BR 20545, EM 177 through EM 213, EM-CAL 1 through EM-CAL 684, HB 376 through HB 8846, HS-SW (Emails) 85987 through HS-SW (Emails) 86133, LG-CAL 1 through LG-CAL 886, ME 1 through ME 1948, NC 621, RSFB 1 through RSFB 1124, SKM 1 through SKM 15, Verizon_LG 1 through Verizon_LG 4346, Waters Edge 1 through Waters Edge 24 and Woodlands 1 through Woodlands 66, as well as non-Bates stamped marketing and design-related emails regarding Singh's businesses, including the Water's Edge, dated 2007 through 2014, and non-Bates stamped emails regarding the Raj Rajeswari Foundation dated 2007 through 2014. Several of these documents may contain sensitive information that is subject to the signed Protective Order and, to the extent that dates of birth, social security numbers, bank account numbers and/or other confidential information was not redacted, please be advised that such information is privileged and subject to the Protective Order. Also enclosed is an Index of the discovery. The Index is not being filed electronically. The flash drive has been encrypted and password protected. The password has been provided to counsel by email.

      You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time. This disclosure supplements the government's prior disclosures of November 16, 2016, December 5, 2016, January 12, 2017, March 30, 2017, May 2, 2017, May 24, 2017,

December 1, 2017, January 12, 2018, January 22, 2018, January 30, 2018 and January 31, 2018.  The government also requests reciprocal discovery from the defendant.

        If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Catherine M. Mirabile
      Catherine M. Mirabile
      Lara Treinis Gatz
      Raymond A. Tierney
      Assistant U.S. Attorneys

Enclosures

cc:    Clerk of the Court (JMA) (by ECF) (without enclosures)