AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-CR-540 |
| Edward Mangano, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Mangano.

Date: 02/15/2018

/s/ Matthew W. Brissenden
*Attorney's signature*

Matthew W. Brissenden; 3067840
*Printed name and bar number*
Matthew W. Brissenden, P.C.
666 Old Country Road, Suite 501
Garden City, NY 11530

*Address*

matthew.w.brissenden@gmail.com
*E-mail address*

(516) 683-8500
*Telephone number*

(516) 683-8410
*FAX number*