

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM
F. #2015R02148

*610 Federal Plaza*
*Central Islip, New York 11722*

February 16, 2018

<u>By FedEx and ECF</u>

Kevin James Keating, Esq.
Law Office of Kevin J. Keating
666 Old Country Road
Garden City, NY 11530

      Re:   <u>United States v. Edward Mangano</u>
             <u>Criminal Docket No. 16-540 (S-1)(JMA)</u>

Dear Mr. Keating:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Enclosed herein is a CD containing documents Bates stamped LM 188 through LM 215, NC 622 through NC 623, PH 1 through PH 30, RSFB 1125 through RSFB 2478 and SGC 1 through SGC 668.

      Additionally, please note that several of these documents contain sensitive information that is subject to the signed Protective Order and, to the extent that dates of birth, social security numbers, bank account numbers and/or other confidential information was not redacted, please be advised that such information is privileged and subject to the Protective Order. Also enclosed is an Index of the discovery. The Index is not being filed electronically. The CD has been encrypted and password protected. The password has been provided to counsel by email.

      You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time. This disclosure supplements the government's prior disclosures of November 16, 2016, December 5, 2016, January 12, 2017, March 30, 2017, May 2, 2017, May 24, 2017, December 1, 2017, January 12, 2018, January 22, 2018, January 30, 2018, January 31, 2018, February 2, 2018 and February 12, 2018. The government also requests reciprocal discovery from the defendant.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

    Very truly yours,

    RICHARD P. DONOGHUE
    United States Attorney

By:   /s/ Catherine M. Mirabile
    Catherine M. Mirabile
    Lara Treinis Gatz
    Raymond A. Tierney
    Assistant U.S. Attorneys

Enclosures

cc:    Clerk of the Court (JMA) (by ECF) (without enclosures)