

U.S. Department of Justice

United States Attorney
Eastern District of New York

LTG/CMM/RAT
F. #2015R02148

610 Federal Plaza
Central Islip, New York 11722

March 1, 2018

<u>VIA ECF</u>
Kevin Keating, Esq.
666 Old Country Road
Suite 501
Garden City, New York 11530

      Re:    <u>United States v. Edward Mangano, et al.
               Criminal Docket No. 16-540 (S-1) (JMA)</u>

Dear Mr. Keating:

      I write in response to your letter of earlier today. Please be advised that each and every consensual recording made by Fred Mei of his conversations with Harendra Singh, with the attendant FBI-302 report, has been produced to you. I understand from your letter that, in reading through the discovery materials provided to you by the government, you discovered that the government inadvertently failed to provide you with a recording from March 26, 2015. However, as you noted, this recording has now been provided to you.

      As I am sure you will agree, in addition to the March 26, 2015 recording, to date, the government has provided you with Mei/Singh recordings from February 10, 2015, February 26, 2015 (3 recordings), February 27, 2015, April 1, 2015 and April 3, 2015.

      Finally, while your letter requests production of "the entirety of the recordings retrieved during the 30-day wire-tap on Mr. Singh's phone," this has already been produced to you on February 12, 2018. Please confirm that you have received this information.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:       /s/
      Catherine M. Mirabile
      Assistant U.S. Attorney
      (631) 715-7850

cc:    Counsel for all Defendants (via email)