# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

666 Old Country Road, Suite 501  　　　　　516-683-8500, Fax: 516-683-8410
Garden City, New York 11530  　　　　　　matthew.w.brissenden@gmail.com

March 11, 2018

**Via ECF and Email**
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, NY 11722

　　　　Re:　　*United States v. Edward Mangano, et al.*
　　　　　　　Criminal Docket No. 16-540

Dear Judge Azrack,

　　Pursuant to the Court's directions, attached please find a set of proposed, preliminary jury instructions, which are being jointly submitted on behalf of the Defendants.

　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Matthew W. Brissenden

cc:　　All Counsel (*via* ECF and email)