BEFORE: JOAN M. AZRACK                              DATE: 3/14/2018
UNITED STATES DISTRICT JUDGE              TIME: 9:15 AM (5 hours)

## CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET No.  16-cr-540 (JMA)**

**FILED**
**CLERK**

3/14/2018 4:00 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT:** Edward Mangano        **DEF. # 1**
☒ Present    ☐ Not Present    ☐ Custody    ☒ Bail

**DEFENSE COUNSEL**:  Kevin Keating, Matthew Brissenden
☐ Federal Defender    ☐ CJA    ☒ Retained

**DEFENDANT:**  Linda Mangano    **DEF. # 2**
☒ Present    ☐ Not Present    ☐ Custody    ☒ Bail

**DEFENSE COUNSEL**:  John Carman
☐ Federal Defender    ☐ CJA    ☒ Retained

**DEFENDANT:**  John Venditto    **DEF. # 3**
☒ Present    ☐ Not Present    ☐ Custody    ☒ Bail

**DEFENSE COUNSEL**: Marc Agnifilo, Joshua Kirschner
☐ Federal Defender    ☐ CJA    ☒ Retained

**AUSA**:  Lara Gatz, Catherine Mirabile, Raymond Tierney

COURT REPORTER: Paul Lombardi, Fred Guerino, Perry Auerbach

COURTROOM DEPUTY:  LMP

☒ Case called          ☒ Counsel for all sides present

☐ Jury selection held.   ☐ Voir dire held.  Jury selected and is satisfactory to all sides.

☒ Jurors sworn and trial begins.  Preliminary instructions given.

☒ Government opens.    ☒ Defense opens.

☐ Jury trial held.          ☐ Jury trial resumes.

☐ Witnesses sworn.       ☐ Exhibits entered into evidence.

☒ Jury trial continued to 3/15/2018 at 9:15 AM.

☐ Government rests.       ☐ Defense rests.

☐ Government summation.    ☐ Defense summation.    ☐ Government rebuttal.

☐ Jury charged, alternates excused and deliberations begin.

☐ **Guilty verdict** on count(s) ___.

☐ **Not Guilty verdict** on count(s) ___.

☐ Jurors polled and excused with the thanks of the Court.

Defendants  ☐ Remains in Custody;      ☐ Continued on Bond.

OTHER:  Juror # 3 is excused and Alternate # 1 replaces Juror # 3.  Proposed jury instructions should be submitted by 4/2/2018.