BEFORE: JOAN M. AZRACK                                           DATE: 4/2/2018
UNITED STATES DISTRICT JUDGE                          TIME: 9:30 AM (7 hours)

## CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET No.  16-cr-540 (JMA)**

**FILED**
**CLERK**
4/2/2018 5:22 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT:** Edward Mangano      **DEF. # 1**
☒ Present   ☐ Not Present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL**: Kevin Keating, Matthew Brissenden
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT:** Linda Mangano   **DEF. # 2**
☒ Present   ☐ Not Present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL**: John Carman
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT:** John Venditto   **DEF. # 3**
☒ Present   ☐ Not Present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL**: Marc Agnifilo, Joshua Kirschner
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA**:  Lara Gatz, Catherine Mirabile, Raymond Tierney

COURT REPORTER: Perry Auerbach, Fred Guerino, Owen Wicker

COURTROOM DEPUTY:  LMP

☒   Case called         ☒   Counsel for all sides present

☐   Jury selection held.  ☐ Voir dire held.  Jury selected and is satisfactory to all sides.

☐   Jurors sworn and trial begins.  Preliminary instructions given.

☐   Government opens.   ☐ Defense opens.

☒   Jury trial resumes.

☐   Witness sworn.        ☒   Exhibits entered into evidence.

☒   Jury trial continued to 4/3/2018 at 9:30 AM.

☐   Government rests.       ☐ Defense rests.

☐   Government summation.   ☐ Defense summation.   ☐ Government rebuttal.

☐   Jury charged, alternates excused and deliberations begin.

☐   **Guilty verdict** on count(s)     .

☐   **Not Guilty verdict** on count(s)      .

☐   Jurors polled and excused with the thanks of the Court.

Defendants   ☐ Remains in Custody;        ☐ Continued on Bond.

OTHER: