BEFORE: JOAN M. AZRACK  DATE: 5/11/2018
UNITED STATES DISTRICT JUDGE  TIME: 2:00 PM (3 hours)

## CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET No. 16-cr-540 (JMA)**

**FILED**
**CLERK**

5/11/2018 4:54 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT:** Edward Mangano    **DEF. # 1**
☒ Present   ☐ Not Present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL**: Kevin Keating, Matthew Brissenden
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT:** Linda Mangano   **DEF. # 2**
☒ Present   ☐ Not Present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL**: John Carman
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT:** John Venditto   **DEF. # 3**
☒ Present   ☐ Not Present   ☐ Custody   ☒ Bail

**DEFENSE COUNSEL**: Marc Agnifilo, Joshua Kirshner
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA**:  Lara Gatz, Catherine Mirabile, Raymond Tierney

COURT REPORTER: Mary Ann Steiger, Paul Lombardi

COURTROOM DEPUTY:  LMP

☒ Case called          ☒ Counsel for all sides present

☐ Jury selection held.   ☐ Voir dire held.  Jury selected and is satisfactory to all sides.

☐ Jurors sworn and trial begins.  Preliminary instructions given.

☐ Government opens.   ☐ Defense opens.

☒ Jury trial resumes.

☐ Witnesses sworn.        ☐ Exhibits entered into evidence.

☒ Jury trial continued to 5/14/2018 at 9:00 AM.

☐ Government rests.       ☐ Defense rests.

☐ Government summation.   ☐ Defense summation.   ☐ Government rebuttal.

☐ Jury charged, alternates excused and deliberations begin.

☐ **Guilty verdict** on count(s) ___.

☐ **Not Guilty verdict** on count(s) ___.

☐ Jurors polled and excused with the thanks of the Court.

Defendants  ☐ Remains in Custody;   ☐ Continued on Bond.

OTHER: Charge conference held.