SLR:DCL:MMO
F#: 2015R02148

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

EDWARD MANGANO,
LINDA MANGANO, and
JOHN VENDITTO,

                Defendants.

- - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 21 2018 ★
LONG ISLAND OFFICE

STIPULATION AND WAIVER
OF JURY TRIAL

16-CR-540 (S-1) (JMA)

       Pursuant to Rules 23(a) and 32.2(b)(5)(A) of the Federal Rules of Criminal Procedure, the United States of America (the "Government"), and the defendant, EDWARD MANGANO, hereby agree to the following:

       1. The defendant voluntarily, freely, and without any mental reservations, waives any and all rights he may have under the laws of the United States or of the Constitution of the United States to a jury trial on the Criminal Forfeiture Allegation charged in the Superseding Indictment, CR 16-0540, against him (the "Superseding Indictment").

       2. The Government and the defendant agree that following the guilt phase of the criminal trial, and only after the defendant's conviction of any of the charges in the Superseding Indictment, the forfeitability of any assets of the convicted defendant shall be determined by the United States District Judge.

3. This waiver is binding on the defendant, and the defendant will not raise any defenses, file an appeal, or otherwise challenge any conviction, sentence, or forfeiture imposed by the Court as concerning any right that he may have to a jury trial on the Criminal Forfeiture Allegation charged in the Superseding Indictment.

4. No promises, agreements, or conditions have been entered into by the parties concerning any right the defendant may have to a jury on the Criminal Forfeiture Allegation other than those set forth in this agreement and none will be entered into unless memorialized in writing and signed by all parties hereto.

5. To become effective, this waiver must be signed by all signatories listed

below and approved by the Court.

Dated: Central Islip, New York
May 18, 2018

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney
                                      Eastern District of New York

                            By:   *Madeline O'Connor* (signature)
                                      Madeline O'Connor
                                      Assistant U.S. Attorney

AGREED AND CONSENTED TO:

_(signature)_
Defendant, Edward Mangano


APPROVED BY:

_(signature)_
Kevin J. Keating, Esq.
Counsel to Defendant Edward Mangano

                                      SO ORDERED AND APPROVED:
                                      May 21, 2018
                                      s/ Joan M. Azrack

                                      THE HONORABLE JOAN M. AZRACK
                                      United States District Judge