BEFORE: JOAN M. AZRACK                                        DATE: 5/23/2018
UNITED STATES DISTRICT JUDGE                        TIME: 9:00 AM (6.5 hours)

## CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET No.  16-cr-540 (JMA)**

**FILED
CLERK**

5/23/2018 4:14 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT:** Edward Mangano    **DEF. # 1**
☒ Present    ☐ Not Present    ☐ Custody    ☒ Bail

**DEFENSE COUNSEL**:  Kevin Keating, Matthew Brissenden
☐ Federal Defender    ☐ CJA    ☒ Retained

**DEFENDANT:** Linda Mangano    **DEF. # 2**
☒ Present    ☐ Not Present    ☐ Custody    ☒ Bail

**DEFENSE COUNSEL**:  John Carman
☐ Federal Defender    ☐ CJA    ☒ Retained

**DEFENDANT:** John Venditto    **DEF. # 3**
☒ Present    ☐ Not Present    ☐ Custody    ☒ Bail

**DEFENSE COUNSEL**: Marc Agnifilo, Joshua Kirshner
☐ Federal Defender    ☐ CJA    ☒ Retained

**AUSA**:  Lara Gatz, Catherine Mirabile, Raymond Tierney

COURT REPORTER: Marie Foley, Dominic Tursi

COURTROOM DEPUTY:  LMP

☒ Case called         ☒ Counsel for all sides present

☐ Jury selection held.   ☐ Voir dire held.  Jury selected and is satisfactory to all sides.

☐ Jurors sworn and trial begins.  Preliminary instructions given.

☐ Government opens.    ☐ Defense opens.

☒ Jury trial resumes.

☐ Witnesses sworn.       ☐ Exhibits entered into evidence.

☒ Jury trial continued to 5/24/2018 at 9:00 AM.

☐ Government rests.      ☐ Defendants rests.

☐ Government summation.   ☐ Defense summation.   ☐ Government rebuttal.

☒ Deliberations continue.

☐ **Guilty verdict** on count(s)    .

☐ **Not Guilty verdict** on count(s)     .

☐ Jurors polled and excused with the thanks of the Court.

Defendants   ☐ Remains in Custody;       ☐ Continued on Bond.

OTHER: