UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

v.

EDWARD MANGANO,
LINDA MANGANO and
JOHN VENDITTO,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

16-CR-540 (S-1)(JMA)
**SUPPLEMENTAL**
**JURY INSTRUCTIONS**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAY 23 2018  ★

LONG ISLAND OFFICE

**Joan M. Azrack, United States District Judge.**

    Members of the Jury, you have two options. (1) You do not have to reach a unanimous agreement on all the counts or all defendants before returning a verdict on some of the counts or defendants. If you have reached a unanimous agreement on some or all of the counts against one defendant, you may return a verdict on those counts and then continue deliberating on the others. You do not have to do this, but you can if you wish. If you do choose to return a partial verdict on any count against a particular defendant, your verdict for that defendant on that count will be final. YOU WILL NOT BE ABLE TO CHANGE YOUR MINDS ABOUT IT LATER ON. (2) Your other option is to continue deliberations and not return a verdict on any counts until your deliberations are complete. The choice is entirely yours.

    Remember, any verdict you return must be unanimous. No juror should vote for any verdict unless, after full discussion and consideration and exchange of views, it represents his or her considered judgment and conscientiously held belief.

    Again, I want to remind you all to consider all of my instructions as a whole, and that the government bears the burden of proving each element of each charge beyond a reasonable doubt.