BEFORE: JOAN M. AZRACK                              DATE: 5/24/2018
UNITED STATES DISTRICT JUDGE                        TIME: 9:00 AM (7.5 hours)

## CRIMINAL CAUSE FOR JURY TRIAL

**DOCKET No.  16-cr-540 (JMA)**

**DEFENDANT:** Edward Mangano     **DEF. # 1**
☒  Present     ☐  Not Present     ☐  Custody     ☒  Bail

**DEFENSE COUNSEL**:  Kevin Keating, Matthew Brissenden
☐  Federal Defender     ☐  CJA     ☒  Retained

**DEFENDANT:**  Linda Mangano     **DEF. # 2**
☒  Present     ☐  Not Present     ☐  Custody     ☒  Bail

**DEFENSE COUNSEL**:  John Carman
☐  Federal Defender     ☐  CJA     ☒  Retained

**DEFENDANT:**  John Venditto     **DEF. # 3**
☒  Present     ☐  Not Present     ☐  Custody     ☒  Bail

**DEFENSE COUNSEL**: Marc Agnifilo, Joshua Kirshner
☐  Federal Defender     ☐  CJA     ☒  Retained

**AUSA**:  Lara Gatz, Catherine Mirabile, Raymond Tierney

COURT REPORTER: Dominic Tursi

COURTROOM DEPUTY:  LMP

☒  Case called     ☒  Counsel for all sides present

☐  Jury selection held.  ☐  Voir dire held.  Jury selected and is satisfactory to all sides.

☐  Jurors sworn and trial begins.  Preliminary instructions given.

☐  Government opens.  ☐  Defense opens.

☒  Jury trial resumes.

☐  Witnesses sworn.     ☐  Exhibits entered into evidence.

☒  Jury trial continued to 5/25/2018 at 9:00 AM.

☐  Government rests.     ☐  Defendants rests.

☐  Government summation.     ☐  Defense summation.     ☐  Government rebuttal.

☒  Deliberations continue.  Jury returns with a partial verdict.

☐  **Guilty verdict** on count(s) ___.

☒  John Venditto is found **Not Guilty** on counts 1, 2, 3, 4, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33 and 34.

☒  Jurors instructed to continue deliberations.

Defendants  ☐  Remains in Custody;          ☐  Continued on Bond.

OTHER: