# *LAW OFFICES OF KEVIN J. KEATING*

| KEVIN J. KEATING, ESQ. | 666 OLD COUNTRY ROAD<br>SUITE 900<br>GARDEN CITY, NEW YORK 11530-2004<br>(516) 222-1099<br>Fax: (516) 745.0844 | MANHATTAN OFFICE:<br>1140 AVENUE OF THE AMERICAS<br>9TH FLOOR<br>NEW YORK, N.Y. 10036 |
|---|---|---|
| Stefani Goldin, Esq.<br>Of Counsel | | |
| Laura O'Neil<br>Paralegal | kevin@kevinkeatinglaw.com | |

November 15, 2018

<u>Via ECF</u>
AUSA Catherine M. Mirabile
AUSA Lara Gatz
AUSA Christopher Caffarone
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, New York  11722

Re:  <u>United States v. Edward Mangano</u>
     Criminal Docket No.: 16-540

Counsel:

On October 7, 2018, you advised of the existence of more than 300 previously undisclosed recordings obtained from the 30 day wiretap on Singh's phone in 2015, which were all in Hindi, and which had not been translated by the Government prior to the initial trial in this matter. You additionally advised of the Government's intention to obtain English transcripts of these recordings.

To date, we have not been supplied with English transcripts of any of these recordings. Please advise of the Government's schedule with regard to the production of these transcripts.

Very truly yours,

KEVIN J. KEATING

KJK/lo

cc:  Clerk of the Court
     All Counsel