UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

       -against-                                            Docket No. CR 16-540 (S-1)

EDWARD MANGANO and
LINDA MANGANO,                                **NOTICE OF MOTION**

                Defendants.
---------------------------------------------------------------X

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and Affirmation of Kevin J. Keating, the undersigned will move before United States District Judge Joan M. Azrack, located at 100 Federal Plaza, Central Islip, New York, at a time and date to be determined by the Court, for an Order dismissing the indictment with prejudice.

Dated:  Garden City, New York
         December 19, 2018

                                                        Respectfully submitted,

                                   By:   /s/  Kevin J. Keating
                                            Kevin J. Keating, Esq.
                                            *Counsel for Edward Mangano*
                                            666 Old Country Road, Suite 900
                                            Garden City, NY 11530
                                            (516) 222-1099

To:    Clerk of the Court
        All Counsel