**Gmail**

Matthew Brissenden <matthew.w.brissenden@gmail.com>

## US v. Mangano et ano., 16-CR-540 (S-2) (JMA)

1 message

**Mirabile, Catherine M. (USANYE)** <Catherine.M.Mirabile@usdoj.gov>  Fri, Oct 5, 2018 at 9:17 PM
To: "kevin@kevinkeatinglaw.com" <kevin@kevinkeatinglaw.com>, Matthew Brissenden <matthew.w.brissenden@gmail.com>, "John F. Carman (john@johncarmanlaw.com)" <john@johncarmanlaw.com>, "Sara P." <spervez88@hotmail.com>
Cc: "Caffarone, Christopher (USANYE)" <Christopher.Caffarone@usdoj.gov>, "Gatz, Lara (USANYE)" <Lara.Gatz@usdoj.gov>

Kevin and John:

In response to Kevin's request for any and all recordings involving Harendra Singh from our "sister law enforcement agencies" during the October 5 pretrial conference, we have confirmed that the U.S. Attorney's Office for the Southern District of New York, the Nassau County District Attorney's Office and the Suffolk County District Attorney's Office do not have any such recordings. Further, as we stated we would undertake at the conference, we, likewise, did another check of our records to determine if there were any additional recordings. We have located two additional recordings, which have been marked HSR 35 (a 5/19/15 call between Singh and Joe Conway) and HSR 36 (a 5/15/19 call between Singh and Sal Russo). Both of these recordings have been uploaded to the dropbox. We wish to advise you that HSR 35 contains Brady material. Please be advised that we have additional intercepted calls between Singh and Conway that we were unable to produce before our paralegal went home for the night but we will produce those to you, via the dropbox, tomorrow. We are continuing to search our records and will provide any additional recordings, if such outstanding recordings are identified.

In addition, we are in receipt of Kevin's letters, dated October 4, 2018, setting forth various discovery demands. We hope to have a response to your inquiries by early next week.

Yours,

Catherine


Catherine M. Mirabile

Assistant U.S. Attorney

Eastern District of New York

610 Federal Plaza

Central Islip, New York 11722

T. 631-715-7850

Catherine.M.Mirabile@usdoj.gov