

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LTG

*610 Federal Plaza*
*Central Islip, New York 11722*

December 19, 2018

By ECF
The Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722

      Re:   United States v. Mangano et ano.
             Criminal Docket No. 16-540 (S-2) (JMA)

Dear Judge Azrack:

      The government submits this letter to respectfully request that the Court grant the government three additional days within which to file its response to the defendant's motion to dismiss the superseding indictment. If the request is granted, the government's response will be filed on January 3, 2019, and the defendant's reply brief on January 10, 2019. Both defendants consent to this request.

      Thank you for your consideration.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:     /s/
      Lara Treinis Gatz
      Assistant U.S. Attorney
      (631) 715-7913

cc:   Kevin Keating, Esq.
      Matt Brissenden, Esq.
      John Carman, Esq.
      Sara Pervez, Esq.