

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LTG

*610 Federal Plaza*
*Central Islip, New York 11722*

December 20, 2018

By ECF
The Honorable Joan M. Azrack
United States District Court Judge
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Mangano et ano.
               Criminal Docket No. 16-540 (S-2) (JMA)

Dear Judge Azrack:

      The government submits this letter to respectfully request that the Court grant the government one additional day within which to file its response to the defendant's motion to dismiss the superseding indictment.  If the request is granted, the government's response will be filed on January 4, 2019.  The government has asked the defendants for their position on this request and are awaiting their response.

      Thank you for your consideration.

                        Respectfully submitted,

                        RICHARD P. DONOGHUE
                        United States Attorney

                By:        /s/
                      Lara Treinis Gatz
                      Assistant U.S. Attorney
                      (631) 715-7913

cc:    Kevin Keating, Esq.
        Matt Brissenden, Esq.
        John Carman, Esq.
        Sara Pervez, Esq.