

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

LTG
F. #2015R02148

*610 Federal Plaza*
*Central Islip, New York 11722*

May 22, 2020

<u>VIA ECF</u>
The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Edward Mangano, et ano.
       Criminal Docket No. 16-540 (S-2) (JMA)

Dear Judge Azrack:

  The government submits this letter to respectfully request a two-week extension of time to file a response to the defendants' Rule 33 motion for a new trial predicated on Harendra Singh's post-trial deposition testimony, <u>see</u> ECF Dk. # 419, and for permission to file an oversized brief in this matter.

  Moreover, the government requests permission to file an oversized brief in response to the defendants' motion for reconsideration, <u>see</u> ECF Dk. # 420, based upon the Second Circuit's decision in <u>Silver II</u>, which response the government expects to file later today.

  Thank you for your consideration of these requests.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

    By:   /s/
          Lara Treinis Gatz
          Catherine M. Mirabile
          Christopher C. Caffarone
          Assistant U.S. Attorneys

cc: Counsel for all Defendants (via ECF)