

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CMM
F. #2015R02148

*610 Federal Plaza*
*Central Islip, New York 11722*

April 13, 2021

<u>By ECF and Email</u>

Kevin J. Keating, Esq.
Matthew Brissenden, Esq.
666 Old Country Road, Suite 900
Garden City, New York 11530

John Carman, Esq.
666 Old Country Road
Garden City, New York 11530

    Re:  United States v. Mangano et ano.
        <u>Criminal Docket No. 16-540 (S-2) (JMA)</u>

Dear Counsel:

    Enclosed please find the Government's 3500 production in advance of the post-trial hearing scheduled for April 20-21, 2021.  If you have any questions, please do not hesitate to contact me.

        Very truly yours,

        MARK J. LESKO
        Acting United States Attorney

    By:  <u>/s/ *Catherine M. Mirabile*  </u>
        Catherine M. Mirabile
        Lara Treinis Gatz
        Christopher C. Caffarone
        Assistant U.S. Attorneys

Enclosures (by email only)

cc:  Clerk of the Court (JMA) (by ECF and email)