U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM
F. #2015R02148

*610 Federal Plaza*
*Central Islip, New York 11722*

May 26, 2021

<u>By ECF</u>

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722

      Re:   <u>United States v. Edward Mangano, et. ano.</u>
            <u>Criminal Docket No. 16-540 (S-2) (JMA)</u>

Dear Judge Azrack:

      The government submits this letter to respectfully request a one-week extension of time to submit its post-hearing memorandum of law in further opposition to the defendants' motion for a new trial. This is the government's first request for an extension. Defense counsel Kevin Keating, Esq. and John Carman, Esq. have no objection to this request. Accordingly, the government respectfully requests that the motion schedule be adjusted as follows: (1) the government's post-hearing memorandum in further opposition to the defendants' post-trial motion to be filed on or before June 4, 2021; and (2) the defendants' reply brief, if any, to be filed on or before June 11, 2021.

      Thank you for your consideration of this request.

      Respectfully submitted,

      MARK J. LESKO
      Acting United States Attorney

By:    /s/
     Catherine M. Mirabile
     Lara Treinis Gatz
     Christopher C. Caffarone
     Assistant U.S. Attorneys

cc:   Counsel of Record via ECF