

U.S. Department of Justice

United States Attorney
Eastern District of New York

| | | |
|---|---|---|
| CCC:CMM<br>F. #2015R02148 | *610 Federal Plaza*<br>*Central Islip, New York 11722* | **FILED**<br>**CLERK** |

January 7, 2021

11:24 am, Jan 07, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

By ECF

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722

The application is granted and the defendant must provide Probation with updated employment and financial information.
SO ORDERED.
/s/ JMA, USDJ
1/7/2022

   Re: United States v. Mangano et ano.
      Criminal Docket No. 16-540 (S-2) (JMA)

Dear Judge Azrack:

  The government is in receipt of the Court's Order setting February 12, 2021 as the deadline for filing objections to the Presentence Reports ("PSR"). The government requests that this Court also order that, along with his objections to the PSR, the defendant Edward Mangano also provide the United States Probation Department with updated employment and earnings information. See *Ed Mangano Working At Oheka Castle, Owner Gary Melius Says*, Newsday, December 4, 2020 (https://www.newsday.com/long-island/oheka-mangano-melius-1.50082579).

Thank you for consideration of this request.

        Very truly yours,

        SETH D. DUCHARME
        Acting United States Attorney

By:   /s/
        Catherine M. Mirabile
        Lara Treinis Gatz
        Christopher C. Caffarone
        Assistant U.S. Attorneys
        (631) 715-7850 / 7913 / 7868

cc:    Counsel of Record via ECF

       Lisa A. Langone
       Senior United States Probation Officer