# EXHIBIT

# B



JASPAN
SCHLESINGER LLP
ATTORNEYS AT LAW

**Steven R. Schlesinger**
Partner
516.393.8220
sschlesinger@jaspanllp.com

February 1, 2022

**VIA First Class Mail**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                        **Re:    U.S. v. Mangano**

Dear Judge Azrack,

        I am writing this letter as somewhat of an expert on Long Island politics. I believe an injustice has befallen Ed Mangano.

        By way of background, I was counsel to the Nassau County Democratic County Committee from 1977 until 2015, almost 40 years. Amongst my roles was advising on candidate selection, negotiating inter party deals with the Republican Party and the minor parties, representing all Democratic candidates in election matters and representing Democratic elected officials in "political controversies."

        During my tenure I also represented many governments including Nassau County, Suffolk County, Towns in both counties, Villages in both counties and a substantial number of school districts, water districts, fire districts, sanitation districts and other special districts.

        I am the managing partner of one of the leading firms on Long Island.

        While no one thought to come to me for my expertise during the trial, as I am a prominent Democrat, there was an assumption that I would not be helpful.

        I represented Tom Suozzi in the count and recount of the election where Ed Mangano squeaked out a victory for County Executive by about 1000 votes. No one on either side of the aisle expected Suozzi to lose that election.



Honorable Joan M. Azrack
February 1, 2022
Page 2

Joseph Mondello, then Republican County Chair, had significant trouble finding a candidate to oppose Tom Suozzi in that election. In the pejorative of back room politics, Ed Mangano was the last man left in the room and not powerful enough to say no.

Contrast this with John Venditto, the Oyster Bay Supervisor who was a long time powerful member of the Republican inner circle. He had a son who became an elected official and was able to almost go toe to toe with Joe Mondello as a Republican power broker.

In my opinion, Ed Mangano had no ability to cause John Venditto to do anything. Unlike New York City, where the mayor has substantial power, the Nassau County Executive has no power to coerce a town supervisor to take any action other than to ask "pretty please."

Neither in the food chain of the Republican Party or in the power structure of the differing governments, County and Town, could Ed Mangano, have exerted pressure to convince John Venditto to approve the loan at issue.

While I was not at the trial and do not know all the testimony, from what I understand, Ed Mangano attended a meeting with John Venditto on behalf of his friend to ask Venditto "pretty please" help his friend.

It is, in my humble opinion, given my extensive knowledge of all the Political players it was impossible for Ed Mangano to have done anything more.

This letter was not solicited by Ed Mangano but is sent because I believe an injustice is being done and, as a key player inside Long Island politics at the time, I can say with certainty that there is no way Ed Mangano did anything more than ask John Venditto to help Singh, "pretty please," nor did he have the power to do anything more.

Respectfully Submitted,

Steven R. Schlesinger

# Lewis J. Yevoli

*29 Serpentine Lane, Old Bethpage, NY 11804 • (516) 293-4199*

Member, New York State Assembly 1975 - 1991                          Supervisor, Town of Oyster Bay 1992 - 1997

February 15, 2022

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Joan Azrack,

My name is Lewis Yevoli, I am writing this letter on behalf of Edward Mangano. I am a life long Democrat who served as an elected official for 28 Years in Nassau County at a time when I was considered the bastion of the Republican Party. I mention this only in the historical context as it relates to the following:

I first met Ed Mangano in 1996 when I was Oyster Bay Town Supervisor and he was the newly elected Nassau County Legislator representing several communities in the town. A that time, Bethpage was plagued with contamination that threatened the public water supply. A week or so after his election he me with me to discuss the situation and he offered to work with me in seeking a solution to this serious problem. It was refreshing to have a local official put partisan politics aside in the public's best interest. Over the years this was a trait Ed Mangano frequently displayed on a number of issues.

When I was no longer in office former constituents would often call me and ask if I could help with a particular government entity. If the matter involved Nassau County I would reach out to Ed Mangano who was always courteous and responsive. Invariably the constituent would tell me how helpful Ed was in resolving the matter. Dealing with government bureaucracies can be a daunting experience. Undoubtedly there are untold number of individuals whose lives were much less frustrating because Ed Mangano took the time to better advocate.

Obviously, my experiences with Ed Mangano on the public's behalf were positive. I am certain my statements can almost certainly be echoed by many others. I point this out to the court in the hope the positive aspects of Ed Mangano's decades's in office will be considered in his sentencing.

Respectfully,

Lewis Yevoli

# John Ciampoli, Esq.

## 39 Garfield Place
## Massapequa, New York 11758

### *518 - 527 - 1217*

February 9, 2022

Hon. Joan M. Azrack
U. S. District Court Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

RE: Sentencing, Edward Mangano

Dear Judge Azrack:

I am writing to the Court with regard to the sentencing of Mr. Edward Mangano in the hopes of providing some insight as to the person that the Court has before it, that might not have come out previously.

Needless to say, I write with a heavy heart, in that it is difficult to see a friend fall from grace as has occurred here. I recognize that this is not the place for my opinion as to guilt or innocence. It is not the place for my opinion on the law. That is now part of an appeals process that, as I understand, will go forward.

I have already referred to Ed Mangano as a friend. He gave me the opportunity to serve the people of Nassau County as County Attorney. As you can imagine, it was a great honor and a career hallmark to be the Nassau County Attorney. It was a wonderful opportunity to partner with a man who was a dedicated public servant. The Ed Mangano I grew to know was committed to doing what was right for the people who elected him. He was loyal and true to his friends. He repeatedly went out of his way to help others.

1

I believe that my observations here are objective. This is because, in addition to providing me with a great career opportunity, he also took that position away from me when he terminated my appointment as County Attorney. Surely that action hurt me when it occurred. Many believe that I should be angry at that action. I am not, because it was his right as County Executive to choose his appointees. My regret is that I was not able to counsel him so as to avoid the predicament he now finds himself in.

My last words to Ed Mangano as County Attorney included, "Be careful of the people around you who pretend to be your friends. They will get you in trouble.". I did not know how prophetic those words would be.

Indeed, one of the core reasons Ed Mangano stands before you right now was his willingness to help people and particularly, to help those he considered to be friends. As County Executive, he was besieged by those seeking some sort of favor, benefit, or accommodation. Many made it their task to hide their desires behind professed "friendship". In my view, Ed Mangano's worst fault was in not choosing his friends wisely; and believing those who professed friendship so that they could profit.

I did not know Ed Mangano well before his election in 2009. I came to know him when representing him in the post - election recount of his race. To paraphrase Ed's words, 'when you are locked in a room with someone for 20 hours a day you get to know each other very well' – that is what happened to us. I saw a candidate who did not see it as beneath him going out to get lunch for the volunteer attorneys working on the case; or delivering water bottles to them as they worked. His presence and attitude bolstered the moral of our team. In contrast, his opponent was never around.

This behavior is not very common in the world of government and politics. Ed's lack of pretense and genuine concern for those helping him set him apart. It factored into my decision to accept his offer to be Nassau County Attorney.

My judgment of his character was rewarded when I partnered with him to take on the governance of one of the largest suburban counties in the nation. Ed cared about what he was doing, and about the people he was doing it for. Despite the fact that his job confronted him with huge decisions to make; he managed to focus on individuals. Virtually without exception, Ed Mangano brought his humble caring attitude to the daily operation of government.

2

From a personal perspective, when I fell ill and nearly died in 2011, Ed Mangano was there for me. Friends and hospital staff marveled at how the County Executive took the time to be at my bedside. I was not surprised. By this time, I had the chance to see Ed Mangano doing so many things to help people and adding to his work a personal touch. He was one who would stop to chat with a receptionist, strike up a conversation with parks workers at events, or pose for a picture with children. When we had natural disasters (during our tenure we experienced a hurricane, a super storm, tornadoes and even an earthquake), Ed Mangano was "hands on" visiting the victims and then mobilizing resources to get them what they needed.

In short, I believe that standing before this Court, notwithstanding the acts that put him before Your Honor, there is a good man. Given the character of this individual, who worked his way through law school a janitor to achieve his goals; I am certain that Ed can turn his life around. I beseech this Court to give Ed Mangano an opportunity to rebuild his life and, again, contribute to society when imposing sentence. Please realize all that this man has lost. He has been punished. He deserves a chance to return to his family and community and contribute again. I thank the Court for its attention.

Very truly yours,

John Ciampoli, Esq.

3

Edward H. Ward
66 Stanford Court
Wantagh, N.Y. 11793

Honorable Joan M. Azrack

2/12/22

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, N.Y. 11722

Dear Judge Azrack,

My name is Edward H. Ward and I am writing to you regarding Ed Mangano's upcoming sentencing.

In 1995, Ed and I met as we were both running for election to the first Nassau County Legislature. Both of us were elected and served together for 4 years. I was not reelected in 1999 as Ed was, however, I continued with Nassau County as the Director of Communications and Policy to the Republican caucus until 2013, when he asked me to join him as Deputy County Executive.

Working together for over 20 years I have always found Ed responsible and of the highest ethical standards. He always worked well with interested groups and never compromised his values. He could always be counted on to do the right thing.

In that time, I was aware that he and Linda were raising two sons. Both of which turned out to be protectors of the law, one as a policeman and the other as an Assistant District Attorney.

In 2020, I had a very serious aortic surgery. Ed personally visited me in the hospital and drove me home from the hospital. He visited me every day of my recovery. He brought me something to eat each day and when my condition improved, he would take me out for a ride or to get something to eat.

His attention to my illness was beyond reproach and greatly appreciated. Some people use the saying, "I trust him with my life." In this case, I did trust him with my life.

His dedication to people is beyond the norm and his code of honor runs deep.

I respectfully request leniency for his well-respected family.

Sincerely,

Edward H. Ward

1289 Roosevelt Way
Westbury, NY 11590
February 10, 2022

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Azrack:

My name is Richard Turan and from 1979 until 1999 I served as president of Briarcliffe College.
Edward Mangano was employed by the College as its General Counsel for part of that time and
I was his immediate supervisor. The purpose of this letter is to share my personal and business
knowledge of Mr. Mangano with you for consideration during your upcoming sentencing
proceeding.

In 1996 the College purchased a 240,000 square foot building on approximately 18 acres in
Bethpage at the site of the former Grumman Aerospace Corporation location. That is when I
first met Mr. Mangano who represented the community in the Nassau County Legislature. It
was important to me and the Community that we became good neighbors. Ed Managano was
known, loved, and respected in the community and he volunteered to make the transition
successful.

Over time, I witnessed Ed's untiring devotion to the residents of Bethpage, the local fire
department, the Chamber of Commerce, civic associations, etc. If one of our students needed
help with a government agency, Ed was there to help. Upon seeing first hand his unselfish
devotion to the community and its residents, I offered him a part-time position at the College
as General Counsel. His reputation at the College was that he was an honest advocate to help
students, faculty and other members of the college community whenever he could.

After I retired from the College, a public company reorganized administrative operations and
selected Ed Mangano to become Dean of Continuing Education where he successfully provided
support for adult learners.

HONORABLE JOAN M. AZRACK
FEBRUARY 10, 2022
Page 2

Although I had worked with Ed on a daily Basis while we were both at the College, my contact with him recently has been more sporadic. However, I still conside him to be a friend who is modest, trustworthy and caring. I sincerely hope that you will take his public service and human decency into account by being lenient in your decision.

Sincerely yours,

Richard B. Turan

Richard Rotanz PhD
10 Spyglass Lane, Setauket, NY 11733
631 905 5651, Safetycpt@aol.com rich@rotanzandassociates.com



Honorable Joan M. Azrack

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, NY 11722

I am Richard Rotanz PhD, from Setauket, NY, I was the first County
Commissioner for Emergency Management, from July of 2002, to the summer
of 2006. I am writing on behalf of Mr. Edward Mangano, former County
Executive of Nassau County regarding the upcoming sentencing proceeding.

At that time (2002), challenges were met in developing a new government
agency regarding funding, staffing, equipment, and a facility to establish the
County's new emergency operation center. Very few county legislatures had
interest and/or even offered to provide any assistance. Mr. Edward Mangano,
at that time, Legislature Mangano, reached out to ask many questions of this
new agency and importance. The monthly phone call and briefing led to weekly
inquiries. It was impressive and assuring of the interest and support.

After leaving the County, I had worked in academia, then onto co-developing
the Applied Science Foundation for Homeland Security (Bethpage, NY). In this
facility is housed the County's Office of Emergency Management where the
County's planning, exercises, and mitigation activities occur along with

*emergency operation center. It was here that I reengaged with then County Executive Mangano has been personally involved with all mentioned activities.*

*What was impressive about Mr. Mangano was his steadfast persona and his leadership during the devastating impact of Superstorm Sandy,2012. The daunting task was the managing the dozens of county agencies, coordinating among the municipalities from the state, the federal government, three townships, two cities and dozens of villages. His demeanor during this epic event was remarkable, as well as reassuring to the staff, the media, and the public. As a former captain of FDNY, and Deputy Commission of Emergency Management, he performed as a natural responder and leader.*

*I hope this character description of Mr. Edward Mangano and request for leniency could considered before passing sentencing*

*Respectfully*

Richard Rotanz PhD
rich@rotanzandassoicates.com
Richard Rotanz PhD | LinkedIn
631 905 5651
www.Rotanzandassociates.com

**Directors**
Elliot M. Hershberg
-Chairman of the Board
Gary L. Krupp, DCS, GCSG OStJ
-President
Meredith S. Krupp GCSG
-Secretary/Director
Harry M Epstein
-Treasurer
Howard Appel
Stanley Browne
Daniel P. Buttafuoco Esq.
Prof Austin David Carroll
John A. Catsimatidas
William H Cox, Esq.
John R. Drexel IV KStJ
Richard I Kandel
Vincent LaVien
Gary Melius
Doyle Mills
Norman Weisfeld
**Board of Advisors USA:**
Rabbi Benjamin Blech
Justice Stephen A. Bucaria
Bishop Ignatius Catanello (1938-2013)
Dennis Dubin (1942-2007)
Mamdouh I Farid PhD
Monsignor Anthony Frontiero
Devni Hauser, PDR
Linda Harkavy, MD
Rabbi Bennett Hermson
Shaukat Syed Agha Jafri
Fr. Hector LaChapelle MS
Monsignor James Lisante
C. Raymond Radigan, Esq.
Rabbi Barry Dov Schwartz
Rabbi Eric Silver
Bennett Solberg, PhD KM
Pastor Lawrence Swenson
**Africa**
David Otto Endeley MSc CMAS
**Armenia**
Narine Kostandyan
**Australia**
Arch priest Michael Kalka
**Balkans:**
HRH Elizabeth of Yugoslavia
Aleksandar Simic
**Belgium**
Bart Huengenaert
**Canada**
Dr Murray Watson
Fr Bernard O'Connor (1951-2015)
**China**
Paul Horng-Guang, Yeh
Francy Shao
**France**
Dr. Constantine Fiore
Michel Yves Bolloré
**Germany**
Dr h.c. Michael Hesemann
**Greece:**
Ioanne Nicolaou
**India**
Sunil Thomas
**Israel:**
Fr. Angelo Ison OFM
Sam Philipe
**Italy:**
Rolando Clementoni (1924-2016)
Avv. Daniele Costi
Jerey Kluger (1921-2011)
**Mexico**
Cecelia Lavine
**Palestine**
Mahmud Ashayer (1966-2018)
**Poland:**
Mt. Beata Czekaj
**South America**
Count Sebastian Zoltowski
**Switzerland**
Pablo Manuel Villarreal
**United Kingdom**
Jonathan Boulter
**Ukraine**
Oleh & Innesa Dekajlo
**Vatican City State**
Dott. Francesco Riccardi
**Foundation Liaison**
Karen Hershberg
**Administrative Director**
Linda Svanman MPH



February 16, 2022

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Your Honor

I am writing this letter on behalf of Edward Mangano, regarding your upcoming sentencing proceeding.

My name is Gary Krupp I am president and founder of Pave the Way Foundation (PTWF). We are an international not-for-profit foundation with the mission to identify non theological obstacles and to initiate historic gestures between the world's religions.. Pave the Way Foundation operates in 19 countries and has the unusual reputation for being the most effective organization in the world that no one has ever heard of since we effectively work from behind the scenes. We have changed the course of history and open historic gestures between the world's religions. Please visit our website for more information at www.ptwf.org

I first met Edward Mangano January 2009. Our relationship has always been personal and non-political has been charitable and benevolent. I wish to share with the court my personal views of Mr. Mangano. Ed has been a very positive and caring man who has quietly helped our mission from behind the scenes for no notoriety. In fact, as I am writing this letter, Ed is helping Pave the Way Foundation with an important project April 3-9, 2022, to bring the "Museum of Memory" of Assisi, Italy to Temple Israel of New Rochelle and to St. John's University. These events illustrate the lifesaving efforts to save over 300 Jewish refugees by the clergy and citizens of Assisi, Italy during the Holocaust. These will be featured on an international webinar and preserved online for study.

Please let me know if there's any more information we can provide to the court as we are sincerely asking for leniency in your sentencing. Perhaps consider community service with Pave the Way Foundation to help us to end the malevolent use of religion for private agendas, which sadly impacts all of humanity.

Most respectfully yours,

Gary L. Krupp   DCS GCSG OstJ
President

395 Twin Lane South- Wantagh, NY 11793 +212.629.0046
+516.432.7560 Fax+516.432.7561
mail@ptwf.org        www.ptwf.org

**ABC** "Going Global with the Gospel"

**Antioch Baptist Church of Hempstead** *The Cathedral of God*

BISHOP PHILLIP E. ELLIOTT, PASTOR

February 14, 2022

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

To the Honorable Joan M. Azrack:

My name is Bishop Phillip E Elliott. I am writing this letter on the behalf of Mr. Edward P. Mangano regarding his upcoming sentencing proceeding.

I am an Ordained Pastor for forty-six years and serve as the senior pastor of the Antioch Baptist Church of Hempstead, NY for the last twenty-six years. I served as Deputy County Executive of Nassau County Health and Human Services under the leadership of Edward Mangano for twelve years. Serving, in this position, afforded me the opportunity to work directly with Edward P. Mangano in a personal and professional way. Mr. Mangano was always concerned with meeting the needs of the Nassau County residents.

I, Bishop Phillip E. Elliott, have known Mr. Edward Mangano for over ten years. We have a sincere spiritual connection. Mr. Mangano is a warm, genuine, respectful, and spiritual person. We would often pray before meetings, major decisions, events, and activities. Mr. Mangano would visit my church along with his wife, Linda, especially, during our yearly Ecumenical and "Holy week" services. I was not only his Deputy County Executive, but I was also and remain his spiritual advisor and friend.

In conclusion, the purpose of this letter is to advocate an appeal of lenience towards any charges or alleged wrong doings of Mr. Edward Mangano.

Thank you for favorable consideration towards Mr. Edward P. Mangano.

Prayerfully,

Bishop Phillip E. Elliott
Pastor

94 James L.L. Burrell Avenue      Hempstead, NY 11550
Tel: (516) 485-1499     Fax# (516) 485-1535     email:antiochhempstead@aol.com

FROM THE DESK OF

# DEREK A. GARCIA

February 8th, 2022

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Honorable Judge Azrack,

Warm greetings to you and please allow me to introduce myself. I am Rev. Derek Garcia of Generations Church located in Copiague, NY. I have served as a minister since 2009 and have been a part of various organizations in Long Island. I serve on the board of the Long Island Hispanic Chamber of Commerce on Health as well as the Long Island Hispanic Pastoral Association. I am privileged to serve as a Nassau County Police Chaplain and serve on various committees as within the department as well. I have been able to serve along since different elected and appointed officials and I am eager to share a few details of my friend, Mr. Edward Mangano.

I came to know Mr. Mangano when he was running for County Executive. His campaign did an excellent job reaching out to various communities and I felt included and heard as a resident of our county. I was able to be at both of his inaugurations and felt proud of our top leader. We have done so many great things under his administration and he was incredibly hands on. He would be present in every event in which we served the humble communities around us. We would meet regularly throughout the year at our request to keep him in our prayers. We would work alongside Mr. Mangano during the most troubling times in our Hispanic communities when MS-13 were affecting the peace in our neighborhoods. I recall vividly how he would respond in person and with Hispanic police officers to reassure residents that Nassau County would respond to the threats and would remain a safe place to live. In my role as a chaplain in the police department, I would meet with Mr. Mangano and our Police Commissioner, among others, to discuss strategies to provide language equity in our resource pamphlet and forms so that every resident felt safe to go to the police without fear of being misunderstood and rejected. Those moments made me so proud of his care and work and a joy to work within our county.

Mr. Edward Mangano has always been a true gentleman to our community. He has shown respect to the diverse groups that make up our county. We have spoken in meetings and candidly and he is the same person. Personally, I developed a great respect for him and his family and continue to hold them all in high regard. His wife Linda is a beautiful soul, and his boys are exemplary and now Sal is serving as a NCPD Officer and is doing an amazing job. I have personally seen the hard work and dedication he has put into his position. I consider him to be a man of his word and fair. I can attest that he has walked in humility and in faith.

It is my hope that this letter can help give a different perspective of the person, Edward Mangano. I have seen how difficult this time has been on him and his precious family and I would ask you judge, for grace and leniency for this family who has given so much to this county. He served us well and kept us save under his watch. His family sacrificed time for him to be available to the 1.4 millions residents as a legislator and in the years he served as County Executive.

If I could be of any help for the Mangano family, please do not hesitate to contact me at 516-527-5138.

Sincerely,

Rev. Derek Garcia

Department Chaplain
Nassau County Police Department
516-375-6455

Lead Pastor
Generations Church
516-527-5138



*Unity, Dignity*
*Hope*

"*Growing Stronger Together*"

**Founder | Executive Director**
Gil Bernardino

**BOARD OF DIRECTORS**

**President**
Leo Fernández

**Treasurer**
Héctor Martinez

**Secretary**
Osmán Canales

**Members at Large**

Mario Figueroa

Sylvana Loyola

Amy Flores

**OFFICES**

26 West Park Avenue
Long Beach, New York 11561
Tel:   (516) 431-1135
Fax:  (516) 431-2307

91 North Franklin Street
Hempstead, New York 11550
Tel:   (516) 292-2433
Fax:  (516) 292-7792

Circulo Center
605 Peninsula Boulevard
Hempstead, New York 11550
Tel:   (516) 282-0145
Fax:  (516) 282-0146



A PARTICIPATING PARTNER
UNITED WAY OF TRISTATE

February 10, 2022

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Honorable Judge Azrack:

My name is Gil Bernardino. I am the Founder and the Executive Director of Círculo de la Hispanidad, a nonprofit 501 (c) (3) organization established in Long Beach, New York, in 1980. I am also the Founder of Evergreen Charter School in Hempstead, New York, a free public school authorized by the New York State Education Department and the Board of Regents in 2009.

I have known former County Executive Ed Mangano for more than twenty years. I have tremendous respect and admiration for his contributions to the Nassau County Hispanic Community and the community at large.

**Let me tell you a little about myself and how former County Executive Ed Mangano has helped my community. Thanks to his support, tens of thousands of Hispanics have had and will have a better life. They have and will be able to receive needed services to help their families and themselves.**

I have lived in the United States since 1974. I am an immigrant teacher from Spain. When I first came to Long Island, I witnessed firsthand the tremendous discrimination immigrants faced. I personally experienced many, many challenges. After overcoming huge obstacles, I decided that, instead of teaching, I could be most helpful to my community by establishing a nonprofit organization to help other immigrants like me. I left the safety of a teaching position in New York City and founded Círculo de la Hispanidad.

**One of my dreams was the construction of Círculo's Community Center. During construction we found contamination of the soil that resulted in delays. This site was the former site of the Nassau County regional post office many years previously. County Executive Ed Mangano provided essential support to the project through a community grant that enabled us to complete essential features of the building. Today the site is used for education classrooms and programming.**

"A COMMUNITY, TAX EXEMPT, NON-PROFIT ORGANIZATION"
circulo@cdlh.org
www.cdlh.org

Now the Community Center is the site of Evergreen Charter School, a public free educational institution, in the Village of Hempstead, approved by the New York State Department of Education.

The school is supporting the future and educational needs of 850 students currently. Evergreen was founded to provide HOPE and FUTURE for children. Having the Community Center finished with the support of County Executive Mangano means that hundreds of children have the opportunity to have a rigorous education that prepares them for success in school and in life.

We are very, very grateful for the understanding and actions taken by County Executive Mangano to support construction build out that now has resulted in providing **so many benefits to hundreds of children every day, every year.**

Honorable Judge Joan M. Azrack, I hope my letter conveys the respect I have for Ed Mangano and for what he has done for the Nassau County Community, including those in most need.

Ed Mangano is compassionate and has a big heart. Please take this into consideration as you make your decision.

I am very thankful for your attention.

Sincerely,

Gil Bernardino
Founder and Executive Director



February 16, 2022

**Honorable Joan M. Azrack,**
**United States District Court**
**Eastern District of New York,**
**100 Federal Plaza, Central Islip**
**NY 11722**

Dear Judge:

*My name is Rev. Carlos Luis Vargas. I am the senior pastor of Freeport Bible Center, a christian church founded in 1986. I am also the presiding Apostle of the Missionary Apostolic Network of NY and Executive Director of Freeport Christian Academy.*

*I am writing this letter on behalf of former Nassau County Executive Mr. Edward (Ed) Mangano on his upcoming sentencing proceeding.*

*I had the privilege of working with Mr. Mangano in favor of the Latino Community in the county. He was very instrumental in bringing unity and fairness to our community. He made himself always available to hear our concern and act accordingly. We work with him in issues concerning the community of faith and he made many friends within the Hispanic Christian community. It was because of his leadership and open arm policies that the Spanish American Christian celebrations in the Eisenhower Park was a tremendous success in bringing unity, peace and family integration so needed at the time.*

*My plead to you in behalf of Mr. Edward Mangano is that you take all the good things he made in favor of the residents of Nassau County and the Latino Community in consideration at the time of sentencing Mr. Mangano.*

*We, the church community will be praying for leniency in his favor. May God continue to bless you and enlight you as you continue to bring justice in favor of us, the people of this great county.*

*Thank you for taking the time to read my letter, your honor.*

Respectfully requested,

Rev. Carlos Luis Vargas and
The Missionary Apostolic Network.

50 N. Main St., Freeport, NY 11520 Tel.: (516) 546-2020 - freeportbiblecenter@gmail.com www.freeportbiblecenter.org

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Honorable Joan M. Azrack,

My name is Rev. Leslie Gomez, Sr.. I am the Pastor of Iglesia Cristiana Unida, Inc. located at 155 Fulton Avenue, Hempstead New York 11550.
I have been the pastor of the church for over 40 years. I am writing this letter on behalf of Ed Mangano with regards to his upcoming sentencing proceeding.

I, Reverend Leslie Gomez, Sr., have known Ed Mangano since 2011. Mr. Mangano was in office during this time. On many occasions, myself along with some pastors fom the commuity, would go see Mr. Mangano at his office to meet in prayer for himself, his family and the commuity. We would discuss better ways to support the community and help those most in need. We came up with ideas on how to support the youth in our community as well as the elderly.

My thoughts on Mr. Mangano is that he is a person of good moral character. Although it may be hard for you to believe, he was devoted to his comunity and supported them in every which way that he could. Despite the grieve allegation that he has faced in recent times, Mr. Mangano is a very humble man, willing to help those in need and supportive of the commuity in whch he live. His devotion to the community has led to many good works in society as well as the Nassau County community. On December 15, 2011, Mr. Mangano presented an Official Office of the Executive Citation to several pastors in the Nassau County area, myself being one of the recipients. He presented this to the pastors in the commuity for working with his office, the commuity and the church diligently in upholding the principles of human decency and demonstrating a selfless committiment to the County of Nassau residence along side him. The meetings myself and other pastors of the commuity had with him always lead to a great and productive outcome for the citizens of Nassau County.

It is my hope that you take notice and consideration of my letter of recommendation for Ed Mangano and consider leniency in his case.

Sincerely,
Rev. Leslie Gomez, Sr. Pastor



# HISPANIC BROTHERHOOD, INC.

59 CLINTON AVENUE, ROCKVILLE CENTRE, NY 11570
Office Phone: (516)766-6610/766-6639 • www.hispanicbrotherhood.net

Margarita Grasing
*Executive Director*

BOARD OF DIRECTORS

Yndiana Seltzer
PRESIDENT

Alex Cepero
VICE PRESIDENT

Ellen Grossman
SECRETARY

Diomary Cabrera
TREASURER

February 9, 2022

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Azrack:

I write to you as the Executive Director of a nonprofit that provides a multitude of services to the low income Latino population in Nassau County. The purpose of my letter is to address former County Executive Ed Mangano's upcoming sentencing proceeding.

During the 8 years of Ed's administration, he supported the different programs we provide to seniors and families in Nassau.  We are the only Latino organization that provides a Senior Nutrition Program five days per week, serving over 6,000 hot meals to low income seniors.  With Ed's support, our program has continued to serve our community.  Likewise, with his support we have continued our After School Tutoring Program, a program that continuously is on the chopping block when it comes to the County's budget.

Ed has always been supportive to our community.  I have a friendly relationship with both, Ed, and his lovely wife, Linda.  They have added countless benefits to the Latino community in Nassau County. I ask for leniency.  It is my belief they have already suffered punishment.

Sincerely,

Margarita Grasing
Executive Director



United Way
of Long Island
Participating Agency

Rev. Jose Chaver
Ministerio Internacional Fe en Accion
1 Elmont Rd.
Elmont, NY 11003

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Honorable Joan M. Azrack:

My name is Rev. Jose Chaver from Ministerio Fe en Accion located in Elmont, Nassau County. This letter is to peacefully ask for leniency on behalf of Mr. Edward Mangano and his upcoming sentencing proceeding.

With the grace of God, I have been pastoring my church for approximately 10 years in the city of Elmont in Nassau County. Throughout the years, I have been invited to participate in community events on behalf of the churches of the county. It was during his term as Nassau county Executive that I was able to meet Mr. Mangano personally. I have had the opportunity to pray for him alongside other pastors of the area. Furthermore, He has been very supportive of our churches and was present in almost every public event the church hosted like those in Eisenhower Park. His advocacy and support for our churches is greatly appreciated and is one of the reasons I have agreed on writing this letter to you.

Mr. Edward Mangano has served our community with great dignity and humility which has filled me with great appreciation. Seeing him make an appearance to various church hosted events was evidence of his servitude and support to Hispanic pastors and their churches. His request for our prayers in his office will surely be unforgettable for all of us.

As a pastor, and receiver of Mr. Mangano's help and support, I do ask for you to consider leniency on his behalf. As a believer of second opportunities, granting leniency will fill our community with joy. .

Regards,

Rev. Jose Chaver



**EL TABERNACULO DE GOZO, INC.**
70 SCHOOL ST.
GLEN COVE, NY 11542
516.633.0773
SALVAGARCIA@AOL.COM

February 4, 2022

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

My name is Salvador Garcia, Im the founder and present pastor of El Tabernaculo de Gozo. I'm writing this letter in the hopes that it will bring some light to the kind of person Mr. Edward Mangano really is.

I have known Mr. Mangano for ten years, and in that time I have seen many aspects of his personality. I have always found him to be extremely kind, dependable and well regarded among our fellow pastors for his wonderful disposition and availibility to our Hispanic community.

I also served as the the president of LIHPA (Long Island Hispanic Pastoral Association) for seven years, and it was during this time that Mr. Ed Mangano and I developed a wonderful relationship while we both were trying to serve our beloved Nassau County. He was instrumental in many of the things we accomplished for those without a voice in different communities. Several times we wanted to honor him in our annual gala, but only once he accepted out of respect for me. He never wanted to take any credit nor use our gatherings as a photo-op for his own political gain. I found that amazing in a world of big egos. I also, admired his commitment to his family and those who worked under him.

In the balances of justice, there are many factors that help form decisions and it is my hope that this letter provides weight on the side of mercy and leniency. His service to the Nassau County community at large helped so many people during his administration.

Being in the redemptive line of work that I do, and knowing first-hand how my Lord and Savior Jesus Christ has paid the price to save me and the world from error and evil and giving us a second chance. I ask humbly for a second chance from you for Mr. Edward Mangano.

Sincerely,

Rev. Salvador Garcia

**APÓSTOL SALVADOR Y NEUSA GARCIA**

MARCOS 16:15 - Y LES DIJO: ID POR TODO EL MUNDO Y PREDICAD EL EVANGELIO A TODA CRIATURA.

Pastor Edward Melendez
292 Caroline Ave
Garden City NY 11530
516-642-1975
Ed_melendez@gmail.com

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

February 2, 2022

Re: **Ed Mangano**

To Honorable Judge Joan Azrack,

My name is Edward Melendez and I have been the senior pastor of *Fraternidad Cristiana* Church of Hempstead (Christian Fellowship) for the past 16 years. We are a local church that is currently serving the Spanish community in the heart of Hempstead NY. I am also recognized as a member of the U.S Federal Chaplain Agency and part of the Latin American Chaplain Association of Long Island. It was through the chaplain association that I was able to meet former Nassau County Executive Ed Mangano.

I was able to work close with him over both terms as he opened the doors for a few local pastors and me to meet once a week for prayer. The fact that he valued the importance of prayer for our county spoke volumes to me about his character. It always impressed me how much respect he showed us and his colleagues. He always remembered to ask about my family and my ministry because he considered me as a friend.

Ed Mangano has always been an upright character in our county and always showed a significant amount of support in the different outreach and community service events we held over the years. He was a standup guy who really cared about our community and passionate about serving the underserved.

To be honest, there are not many politicians that I would write a letter for but Ed Mangano is definitely an upstanding man of character and it is with honor that I stand for him on his behalf and write this letter. I understand the seriousness of this matter however, I pray that the court will show some leniency.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Ed Mangano to be an honorable individual, a valuable member of my community and a good man.

Sincerely,


Pastor Edward Melendez

Robert Essig
359 Stewart Avenue
Bethpage, NY 11714
516-375-3123

February 12, 2022

Re: Edward Mangano

To The Honorable Judge Joan M Azrak
United States District Court
Eastern District of New York

My name is Robert Essig. I am writing this letter on behalf of Edward Mangano regarding his upcoming sentencing.

I have known Ed Mangano since 1994 when Ed and his wife Linda built a house down the block from my house. In that time our families grew together and became very close as we raised children, shared holidays, and went on many vacations together. Over the years I was proud to call Ed my friend as I watched him rise in his career.

Ed's beginning in politics came from a genuine desire to help people. Beginning with the Bethpage ground water issue, Ed was always willing to get involved to help make things better. His involvement led him to the County Executives Office where he continued to fight for the people of Nassau. Seems like every time we were together whether out for some reason or at his house there was always someone stopping by or calling that needed assistance. Ed was never too busy. Ed always took the call. Ed would follow with some words of advice, or a phone number for someone who could help, or would take the persons number and promise to get back to them as soon as he could investigate the issue. Ed's position was never more important than the people he represented. His caring was never more evident then during Super Storm Sandy when I watched Ed work 18-hour days trying to get Nassau and its residents back on their feet.

I am aware of the seriousness of these charges. It is my hope that the court will take this letter into consideration when passing sentence on this man who has done so much for so many.

Thank you for taking the time to read this letter.

Robert Essig

Sincerely
Robert Essig

William Brady
145 Haypath Road
Old Bethpage, NY 11804

Re: Edward and Linda Mangano

To the Honorable Joan Azrack,

I am writing this letter as a personal reference for Edward Mangano.

I have known Ed for more than 20 years as a resident of my community. I understand the seriousness of this matter. However, while in deliberation over the final sentencing, I ask that you take into consideration the steadfast conviction Mr. Mangano has shown throughout his career as a public servant to the people of Bethpage, as well as Nassau County.

From his time as County Legislator, Mr. Mangano has time and time again shown a commitment to the betterment of the lives of his fellow residents. While Mr. Mangano's recent difficulties are well known, I have experience him as a smart, caring and thoughtful person. I have also experienced him as a compassionate person who cares about his community. A good example of this occurred in 2002. I was at Bethpage Community Park Playground with my youngest daughter Courtney, when I noticed a PBS label (a NY Hazardous Waste) on the fence. I contacted Mr. Mangano's office immediately and expressed my concern. Shortly after my call, hundreds of people met at Bethpage High School to hear the TOB and DEC's plans on dealing with the mess. I remember Ed standing at the podium, stating "I want this cleaned up". He went above and beyond and since then and monitoring wells have been installed throughout the community.

We can only hope that our lives are judged on the totality of what we have done, and not on one particular phase of our lives.

I trust you will take this letter into consideration as you determine the just resolution of the matter before you.

Sincerely,
William Brady

Susan Brady
145 Haypath Road
Old Bethpage, NY 11804

Re: Edward and Linda Mangano

To the Honorable Joan Azrack,

I have known Edward and Linda Mangano for over 20 years and am happy to write a letter of reference
regarding this matter. I understand the seriousness of this matter. However, I hope the court will show
some leniency.

My children attended school with Edward and Linda's kids. Their sons were always respectful and kind
young men, which is a reflection of their great parenting. Even after long work days for both of them,
Edward and Linda never skipped a beat and were always involved with planning and attending school and
community activities.

As a homeowner in Nassau County, Edward Mangano has done many good things for the residents, such
as the property tax assessment system and economic development, which has benefitted all of us.

I believe Ed and Linda are a huge asset to our community.

It is my sincere hope you take this letter into consideration at the time of sentencing. Despite the current
case, I still believe Edward and Linda Mangano are honorable individuals, valuable members of our
community and good human beings.

Sincerely,
Susan Brady

Alex Mangano
1 Fairview Lane
Plainview, NY 11803
(516) 860-5040

Honorable Joan M. Azrack
100 Federal Plaza
Central Islip, NY 11722

Re: Linda Mangano and Edward Mangano

Dear Judge Azrack,

My name is Alex Mangano, I am the youngest son of Linda and Ed Mangano and proud to call them Mom and Dad. I understand the seriousness of this case and appreciate the decision that you must make regarding sentencing. I am writing this letter to provide a small insight into my parents and ask you to take this into consideration when you make your decision.

All my life my parents have instilled within my brother and myself the importance of giving back to the community and helping others whenever possible, and that is what both my parents have done their entire lives.

With respect to my dad, he was a public official since I was three years old. Some of my earliest memories are of him walking door to door in the community to find out what the issues were and how he could help solve them. He spent so much of his free time helping others, but he always made time for his family. Any football game, lacrosse game, pinewood derby, or school function, he made sure he was there. All the while instilling in me what is required to be a good person. I have never met a more dedicated and hard-working man in my life, and I could only aspire to have half the work ethic he does. I will always be proud of my dad and all the good things he has done for so many people. He has been, and continues to be, a loving father and good person.

As to my mom, she is truly one of a kind. She has given so much to so many people without so much as a second thought. When someone asks her for help with something she says yes before they can even finish the sentence. While editing and publishing a newspaper, she was actively involved in every single aspect of my childhood and schooling. There was not a single event that happened in our hometown or in my school that my mom did not volunteer for or try to help in some way, shape, or form. She truly would have you second guess that there are only twenty-four hours in a day. My mom has not just been a mom to me, but a second mom to just about every single friend I ever had. She is a genuinely caring person who would give up everything she has just to help someone else. From volunteering times in soup kitchens on holidays to starting an opioid recovery group, she is an amazing person who has always dedicated time to helping others.

Both of my parents taught me about hard work, personal responsibility, giving back, and simply doing the right thing. I would not be the person I am today without them. I could write hundreds of pages for both of my parents, but there will never been enough words to describe how fortunate and proud I am to call them mom and dad. Please do not hesitate to contact me if you should require any further information.

Sincerely,

Alex Mangano

02/15/2022

Honorable Joan M. Azrack
United States District Court
Eastern Division of New York
100 Federal Plaza
Central Islip, NY 11722

Honorable Judge Joan Azrack,

I am writing you about my parents Ed & Linda Mangano. It is extremely difficult to for me to write this letter as my parents mean the world to me and this letter would be never ending if I even attempted to explain just how much I love them both. However, I write this to attempt to explain to you how I feel and allow you to try and view things from my perspective.

The reason I am the man I am today and the reason I have accomplished all the things I've done so far in my life is all due to my parents. They were there for me from the stand helping me with my pine wood derby cars to graduating from the Nassau County Police Academy, my parents were always there for me. I couldn't imagine what life would be like without them around and by my side. They are my love, support, happiness, confidence and hope.

Life has certainly thrown us a few curveballs along the way. Each and every one was a learning experience and my parents have always told me to keep my head high and never, ever give up. They taught me that family and friends are what is most important and they always made me realize the importance of being kind, giving and compassionate to others. My fear, Your Honor, is the thought of them not being able to help me raise my future children with the same examples of love, kindness and morals that they have and continue to instill in my brother Alex and I.

Judge Azrack, I beg you to have mercy and be lenient when it comes to decided my parents' future. Going through not one but two trials, being dragged through every newspaper and being every headline story has been some of the hardest things that my family has endured. It has been physically, emotionally, mentally and financially draining. It makes it hard to keep the faith and have hope and that is why I am writing to you today. Putting my parents in jail would not serve any purpose besides feeding media headlines. They have been put through and have been living through hell since this started. Please judge I beg you, please be the reason hope is not lost and see it in your heart to be merciful and compassionate.

Hopefully,

Salvatore A Mangano

## EDWARD MANGANO
### 7 Nicholas Court
### Bethpage, New York 11714

February 28, 2022

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

### Re: *United States v. Mangano*
### 16-CR-540 (S-2) (JMA)

Dear Judge Azrack:

I write to seek Your Honor's consideration—not on my behalf—but on behalf of my wife Linda. Respectfully, as presented by my attorney in his submission, and as argued at trial, I engaged in no criminal conduct concerning the TOB matter. Moreover, Singh lied about the alleged obstruction meetings, and the jury was correct to acquit me of wrongdoing concerning the Nassau County contracts. I will continue my fight for full exoneration.

But, I write to respectfully request that Your Honor show mercy upon Linda. I was the Nassau County Executive, not her. And, she has already served an undeserved six year sentence of enormous emotional distress, humiliation, and ruin.

To know Linda is to love her. She literally is the first one in the room to volunteer to help someone in need. Along with countless others, I have always admired her selfless desire to help those struggling with addiction. Her guidance, care and love has no doubt saved a number of people struggling with this issue, and helped to improve our community. She is an incredible mother, wife, caretaker and friend to our two sons, my parents, neighbors and community.

I could write a book on her love, achievements, and selflessness, but will summarize with this—there is not a criminal bone or intention in Linda. She has suffered greatly and painfully. I respectfully request that you permit her to continue her charitable work and making positive changes especially with those suffering with opioid dependency.

      I have two incredible sons who are decent, hardworking, law abiding people. I would like to think that I had a lot to do with who they have become, and perhaps that is true. But, the reality is that my position took an enormous toll on my time with my family, and there could be no question that Linda's tireless guidance and love is substantially responsible for these incredible young men.

      My wife has paid an indescribably painful price, and I respectfully request that Your Honor strongly consider this in fashioning a non-custodial sentence.

      Thank you for your thoughtful consideration.

Respectfully Submitted,

/s/ *Edward Mangano*

Edward Mangano