Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United State of America

v.

Edward Mangano

Docket No.: 16-CR-540

Hon. Joan M. Azrack
(District Court Judge)

Notice is hereby given that Edward Mangano appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify)
entered in this action on April 19, 2022.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ]   | trial | ✓ | N/A [ ].

Offense occurred after November 1, 1987?   Yes | ✓ |   No [ ]   N/A [ ]

Date of sentence: April 14, 2022   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed | ✓ |   N/A |   |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

Defendant's Counsel: Kevin J. Keating
Counsel's Address: 666 Old Country Road, Suite 900
Garden City, NY 11530
Counsel's Phone: 516-222-1099

Assistant U.S. Attorney: AUSA Christopher Caffarone, AUSA Catherine M. Mirable
AUSA's Address: 610 Federal Plaza
Central Islip, New York 11722
AUSA's Phone: 631-715-7900

/s/ Kevin J. Keating
Signature