

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

May 23, 2022

**VIA ECF**
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:  *United States v. Mangano*
           16-CR-540 (S-2) (JMA)

Dear Judge Azrack:

      As Your Honor is aware, I represent Edward Mangano. On May 13, 2022, the defense filed a motion seeking an Order granting bail pending appeal in this matter. As of today, the Government has not filed an opposition.

      I write to respectfully request that Your Honor direct the Government to file its Opposition (if any) by May 26, 2022, and the filing of the defendant's Reply (if any), by May 31, 2022.

      Thank you for your consideration in this matter.

      Very truly yours,

      */s/ Kevin J. Keating*

      KEVIN J. KEATING

KJK/dg

cc:    Christopher Caffarone, Esq.
        Catherine Mirabile, Esq.