

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

April 15, 2025

<u>VIA CM/ECF</u>

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *United States v. Mangano*, No. 2:16-cr-00540-JMA-SIL

Dear Judge Azrack:

We represent defendant Edward Mangano in the above-referenced action. We write pursuant to the Court's March 17, 2025 order directing counsel to provide a status report on Mr. Mangano's appeal before the Second Circuit.

On March 31, 2025, Mr. Mangano timely filed a petition for rehearing/rehearing *en banc*. The government did not file a petition for rehearing.

As of today, the Second Circuit has not yet ruled on Mr. Mangano's petition for rehearing/rehearing *en banc*.

We respectfully request that the Court continue the adjournment of Mr. Mangano's resentencing at this time. We propose that counsel provide another status report to the Court sixty (60) days from today (June 13) or seven (7) days after the Second Circuit issues its mandate, whichever is sooner.

    Respectfully submitted,

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    s/ *Morris J. Fodeman*
    Morris J. Fodeman

    *Counsel to Edward Mangano*

cc: All Counsel of Record (via CM/ECF)