

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

August 12, 2025

**<u>Via CM/ECF</u>**

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

  **Re:**  ***United States v. Mangano***, No. 2:16-cr-00540-JMA-SIL

Dear Judge Azrack

 We represent Mr. Mangano in the above-referenced matter.

 As Your Honor is aware, earlier this year the Second Circuit Court of Appeals reversed Mr. Mangano's 2019 convictions on two bribery counts and remanded the case for resentencing on the remaining counts. Following issuance of the mandate, the Court scheduled resentencing for October 9, 2025, with the parties' sentencing submissions due by September 25, 2025.

 We respectfully request that the Court direct the Probation Department to update Mr. Mangano's Presentence Report ("PSR"), particularly the sections addressing his personal history and circumstances, so that the report reflects current and relevant information for the Court's sentencing determination. The original Presentence Report was disclosed in 2019.

 We have conferred with both the government and the Probation Department, and neither objects to this request. The government has asked that the Court set a deadline for the completion and disclosure of the updated report. I have spoken with Probation Officer Lisa Langone, who advised that, assuming a prompt scheduling of a telephone conference with Mr. Mangano through his facility, the Probation Department can complete and disclose the update by September 18, 2025. In anticipation of the Court granting this request, we are working with Mr. Mangano's facility to have that telephone conference later this week or early next week.

 Given that the updated Probation Report will not be completed until September 18, should the Court grant our request, we would also respectfully request that the Court grant a brief 30-day adjournment of the sentencing and submission dates to permit time for the parties to file any objections to the updated pre-sentence report and the Probation Department to respond to those objections.

 We thank the Court for its consideration.

**WILSON SONSINI**

The Honorable Joan M. Azrack
August 12, 2025
Page 2

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

_____

Morris J. (Moe) Fodeman
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: mfodeman@wsgr.com

*Counsel to Edward Mangano*

cc:    All Counsel of Record (via CM/ECF)